# Court of Appeals
# of the State of Georgia

ATLANTA, February 06, 2014

*The Court of Appeals hereby passes the following order:*

**A13A2264.  BRINSON v. FOSTER.**

We granted the appellant's application for discretionary review from the trial court's order granting attorney fees to appellee.  At the time we granted the application, we did not have the benefit of the hearing transcript.  After thorough and plenary consideration of the complete record and transcript, we have determined that the application for discretionary appeal was improvidently granted.  Accordingly, the order granting the application is hereby vacated and this appeal is therefore dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/06/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*